766

to the Circuit Court of Appeals for the Third Circuit denied. *Mr. J. Roy Dickie* for petitioner. *Mr. J. Henry O'Neill* for respondent.

No. 465. SKINNER MANUFACTURING CO. *v.* KELLOGG SALES CO. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William Ritchie* and *C. Earl Hovey* for petitioner. *Messrs. George L. De Lacy, Matthias Concannon,* and *Edwin L. Harding* for respondent.

No. 466. SKINNER MANUFACTURING CO. *v.* GENERAL FOOD SALES CO., INC. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William Ritchie, C. Earl Hovey,* and *W. Ross King* for petitioner. *Mr. Lester E. Waterbury* for respondent.

No. 467. ESTATE OF GARRETT *v.* GREENBURG, TRUSTEE, ET AL. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Vincent P. McDevitt* for petitioner. *Messrs. Ernest Scott* and *Joseph S. Conwell, Sr.* for respondents.

No. 468. DEBS MEMORIAL RADIO FUND, INC. ET AL. *v.* ASSOCIATED MUSIC PUBLISHERS, INC. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. A. Walter Socolow* for petitioners. *Mr. Julius Henry Cohen* for respondent.